45, 46-01 through -08

TO: CLERK OF THE COURT OF                                    12/23/2014

CRIMINAL APPEALS

P O BOX 12308 CAPITAL STATION

AUSTIN, TEXAS 78711

RE: FILING DATES / NUMBERS / OUTCOMES

OF C-3 0008220-0926958A-B-C-D-E-F-G-H

WR-65-469-01-02-03-04-05-06-07-08

        DEAR CLERK,

    PLEASE WOULD YOU GIVE ME THE DATES_NUMBERS_AND OUT-COMES OF THE ABOVE

CITED AND REQUESTED CASES ?

    THANK YOU KINDLY FOR YOUR TIME AND PATIENCE.

                            SINCERLY,

                    PAIGE LOUIS BENNER #1278531

                    2101 FM 369 Nth ALLRED UNIT

                        IOWA PARK, TEXAS

                            76367-6568

PS IF AT ALL POSSIBLE COULD I PLEASE GET THE ORDER THAT WAS ISSUED FOR 0926958H ?

P.S. IF Ao Au

    CC:PERSONAL FILE

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

**JAN 05 2015**

Abel Acosta, Clerk